UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA DENHOF and
RENEE LeCLEAR,

    Plaintiffs,

v.

Case No. 1:02-CV-275

CITY OF GRAND RAPIDS,

HON. GORDON J. QUIST

    Defendant.
_____/

## VERDICT

1. Did the City of Grand Rapids retaliate against Renee LeClear because she participated in a lawsuit charging the City of Grand Rapids with sex discrimination and/or retaliation by:

    a. Taking her badge and gun?      ☐ No   ☒ Yes
    b. Putting her on unpaid, involuntary leave?      ☐ No   ☒ Yes
    c. Not reinstating her?      ☐ No   ☒ Yes

If your answers to questions 1.a., 1.b., and 1.c. are "No", please have your foreperson date and sign this verdict.

If your answer to any or all of 1.a., 1.b., or 1.c. is "Yes", please answer the following questions:

2. State the amount of damages, if any, sustained by Renee LeClear because of the retaliation:

    *Back Pay:   $223,080
    *Front Pay:   $1,276,920
    Compensatory Damages:   $1,000,000

3. If your answer to any subsection of number 1 is "Yes" but your answer to question number 2 does not list damages, then state an amount of nominal damages, typically $1.00.

    Nominal Damages:    $_____

Please date and sign this verdict. When both verdicts are completed, please give a note to the Court Security Officer that you have reached your verdicts.

Date: December 13, 2004

_____
Jury Foreperson

*Not to be awarded if you answer "Yes" to only 1.a.