UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



PATRICIA DENHOF and RENEE LeCLEAR,

Plaintiffs/Appellants,
Cross/Appellee,

vs.

CITY OF GRAND RAPIDS,

Defendant/Appellee,
Cross/Appellant.

Case No. 1:02-CV-275

Hon. Gordon J. Quist

_____/

| | |
|---|---|
| PITT, DOWTY, MCGEHEE, MIERER & PALMER, P.C. STUARD N. DOWTY (P34687) Attorneys for Plaintiff Denhof 117 W. Fourth Street Suite 200 Royal Oak, MI 48067 (248) 398-9800/Fax: 9804 | NANTZ, LITOWICH, SMITH & GIRARD G. DOUGLAS WALTON (P21962) Attorneys for Defendant City of Grand Rapids 2025 E. Beltline, SE Suite 600 Grand Rapids, MI 49546 (616) 977-0077/Fax: 0529 |
| CHRISTINE YARED (P37472) Attorney for Plaintiff LeClear 4665 Cascade Rd., S.E., PMB 280 Grand Rapids, MI 49546 (616) 949-3895/Fax: 7941 | JOHNSON, ROSATI, LaBARGE, ASELTYNE & FIELD, P.C. MARCELYN A. STEPANSKI (P44302) Attorneys for Defendant City of Grand Rapids 34405 W. Twelve Mile Rd. Suite 200 Farmington Hills, MI 48331-5627 (248) 489-4100/Fax: 1726 |

_____/

## NOTICE OF CROSS-APPEAL

Notice is hereby given that Defendant City of Grand Rapids in the above-captioned

matter claims a cross-appeal to the United States Court of Appeals for the Sixth Circuit from the final Order and Judgment entered in the United States District Court for the Western District of Michigan on May 24, 2005 by the Honorable Gordon J. Quist, and more particularly, Defendant cross-appeals the Order denying its Motion for Summary Judgment dated September 27, 2004 entered in this Court by the Honorable Wendell Miles.

        Respectfully submitted,

        */s/ G. Douglas Walton*
        G. DOUGLAS WALTON (P21962)
        Attorneys for Defendant
        2025 E. Beltline, SE
        Suite 600
        Grand Rapids, MI 49546
        (616) 977-0077/Fax: 0529

Dated: June 24, 2005

matter claims a cross-appeal to the United States Court of Appeals for the Sixth Circuit from the final Order and Judgment entered in the United States District Court for the Western District of Michigan on May 24, 2005 by the Honorable Gordon J. Quist, and more particularly, Defendant cross-appeals the Order denying its Motion for Summary Judgment dated September 27, 2004 entered in this Court by the Honorable Wendell Miles.

                                                Respectfully submitted,

                                                /s/ G. Douglas Walton
                                                G. DOUGLAS WALTON (P21962)
                                                Attorneys for Defendant
                                                2025 E. Beltline, SE
                                                Suite 600
                                                Grand Rapids, MI 49546
                                                (616) 977-0077/Fax: 0529

                                                -and-

                                                /s/ Marcelyn A. Stepanski (with permission)
                                                MARCELYN A. STEPANSKI (P44302)
                                                Co-Counsel for Defendant
                                                34405 W. Twelve Mile Rd.
                                                Suite 200
                                                Farmington Hills, MI 48331-5627
                                                (248) 489-4100/Fax: 1726

Dated: June 24, 2005